

No. 11–0257/MC. U.S. v. Thomas J. Schumacher. CCA 201000153. Review granted on the following issue:

> WHETHER THE FAILURE TO STATE THE TERMINAL ELEMENT IN THE ARTICLE 134 SPECIFICATION HERE MATERIALLY PREJUDICED APPELLANT'S RIGHT TO FAIR NOTICE IN THIS CONTESTED CASE.

No briefs will be filed under Rule 25.